| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FINAL FILING | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Leonard, Tim D. | 2. Court or Organization U.S. District Court, Western District of Oklahoma | 3. Date of Report 09/30/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) District Judge - Senior Status | 5a. Report Type (check appropriate type) ☐ Nomination  Date ☐ Initial  ☐ Annual  ☑ Final  5b. ☐ Amended Report | 6. Reporting Period 01/01/2016 to 09/30/2016 |

**7. Chambers or Office Address**

4301 U.S. Courthouse
200 N.W. Fourth Street
Oklahoma City, OK 73102

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board Member | University of Oklahoma Spike (Track & Field) Club |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2016 | Oklahoma Public Employees retirement | $15,385.44 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leonard, Tim D. | 09/30/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Leonard Mt Inv LLC real estate Gunnison Co, CO 2004 $300,000 | A | Rent | O | R | | | | | |
| 2. Property #1, Okla County, OK (appraisal July 2003) | | None | N | Q | | | | | |
| 3. Oil & Gas Royalty Interest, Beaver Co, OK | E | Royalty | K | W | | | | | |
| 4. Oil & Gas Working Interest, Beaver Co, OK Armagost Unit | D | Royalty | K | W | | | | | |
| 5. Oil & Gas Working Interest, Beaver Co, OK, Leonard # 1 | D | Royalty | K | W | | | | | |
| 6. Oil & Gas Working Interest, Beaver Co, OK, Barby # 1 | D | Royalty | K | W | | | | | |
| 7. Oil & Gas Working Interest, Beaver Co, OK, Beard #1 | B | Royalty | K | W | | | | | |
| 8. Oil & Gas Royalty Interest, Meade Co, KS (appraisal 3/18/97) | A | Royalty | K | Q | | | | | |
| 9. IRA Acct - Fidelity Dividend Growth | A | Dividend | K | T | | | | | |
| 10. IRA Acct - Fidelity Money Market | B | Distribution | K | T | | | | | |
| 11. Cash Value Life Insurance, Chattanooga, TN | A | Interest | J | T | | | | | |
| 12. Bank of Okla - Checking Acct, Okla. City, OK | A | Interest | J | T | | | | | |
| 13. Bank of Okla - Savings Acct, Okla. City, OK | A | Interest | K | T | | | | | |
| 14. Fidelity Mutual Funds - Spartan Market Index | A | Dividend | K | T | Sold (part) | 05/10/16 | J | C | |
| 15. Fidelity Mutual Funds - Dividend Growth | A | Dividend | K | T | Sold (part) | 05/10/16 | J | A | |
| 16. Fidelity Mutual Funds - Growth Company | A | Dividend | J | T | Sold (part) | 05/10/16 | J | B | |
| 17. Fidelity Mutual Funds Growth Strategies | A | Dividend | | | Sold | 05/10/16 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Fidelity Mutual Funds - Cash Reserve | A | Dividend | J | T | | | | | |
| 19. Continental Resources Common Stock | A | Dividend | J | T | | | | | |
| 20. Devon Energy Common Stock | A | Dividend | J | T | | | | | |
| 21. Sand Ridge Energy Common Stock (Y) | | | | | | | | | |
| 22. Charles Schwab Checking Acct (was money market) | A | Interest | J | T | | | | | |
| 23. Non-producing Royalty Interest, Brazoria Co, TX | | None | J | W | | | | | |
| 24. Second Oklahoma Investments LLC | A | Interest | J | T | | | | | |
| 25. Bank of Okla - Checking Acct, Okla. City, OK | A | Interest | J | T | | | | | |
| 26. Bank of Okla - Special Checking Acct, Okla City, OK | A | Interest | J | T | | | | | |
| 27. Bank of Okla - Checking Acct, Okla City, OK | A | Interest | J | T | | | | | |
| 28. Vanguard 500 Index Mutual Funds | A | Dividend | K | T | | | | | |
| 29. Vanquard Strategic Equity Fund | A | Dividend | J | T | | | | | |
| 30. Fidelity Mutual Funds - Growth & Income | A | Dividend | J | T | | | | | |
| 31. Fidelity Small Capital Stock | A | Dividend | J | T | | | | | |
| 32. Oakmark Equity & Income Fund | A | Dividend | J | T | | | | | |
| 33. Oakmark Global Fund | A | Dividend | J | T | | | | | |
| 34. ReliaStar Insurance Annuity Acct (ING) | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leonard, Tim D. | 09/30/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Annuity TIAA Traditional | A | Interest | K | T | | | | | |
| 36. Annuity CREF Growth R1 | A | Dividend | J | T | | | | | |
| 37. Annuity CREF Equity Index R1 | A | Dividend | K | T | | | | | |
| 38. Annuity TIAA Real Estate | A | Dividend | J | T | | | | | |
| 39. IRA Acct: TIAA Traditional | B | Distribution | J | T | | | | | |
| 40. IRA Acct: CREF Growth R1 | B | Distribution | J | T | | | | | |
| 41. IRA Acct: CREF Equity Index R1 | B | Distribution | K | T | | | | | |
| 42. IRA Acct: TIAA Real Estate | B | Distribution | J | T | | | | | |
| 43. First Oklahoma Investment LLC | B | Interest | J | T | | | | | |
| 44. Second Oklahoma Investments LLC | B | Interest | J | T | | | | | |
| 45. Third Oklahoma Investments LLC | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Section VII, Line 21: On September 6, 2016, the U.S. Bankruptcy Court for the Southern District of Texas approved the reorganization plan of Sandridge Energy. The plan eliminated and cancelled all share of common stock owned by investors.

Section VII, Lines 35-42: Pursuant to instructions from the Financial Disclosure Committee, I have corrected Line 35 in my 2015 Report and Line 29 in my 2014 Report to reflect the specific investments in the TIAA-CREF annuities and IRA.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Tim D. Leonard**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544